# ELECTRONIC RECORD



COA # 03-15-00038-CR     OFFENSE: Obstructing Govt Operations

STYLE: Roy Leslie Crayton v. The State of Texas     COUNTY: Burnet

COA DISPOSITION: AFFIRMED     TRIAL COURT: County Court at Law

DATE: 11/20/15     Publish: NO     TC CASE #: M29921

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Roy Leslie Crayton v. The State of Texas     CCA #: 037-16

_APPELLANT'S_ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_Refused_     JUDGE: _____

DATE: _May 4, 2016_     SIGNED: _____     PC: _____

JUDGE: _PC_     PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____